UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION

NO. 5:18-CR-170-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COURTLAND BARNES | ORDER TO SEAL SENTENCING MEMORANDUM<br>AT DOCKET ENTRY 38 |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry #38 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

This **25** day of January 2019.

*Dever*
JAMES C. DEVER III
United States District Court Judge